IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL NO. H-10-475 |
| JOSE MATILDE QUINTANILLA, *et al.* | § | |

**O R D E R**

Defendant Paul Glen Ballard moved for a continuance, (Docket Entry No. 38). The codefendants and the government are unopposed. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 20, 2010 |
| Responses are to be filed by: | January 3, 2011 |
| Pretrial conference is reset to**:** | **January 10, 2011, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 18, 2011, at 9:00 a.m.** |

SIGNED on October 7, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge