IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-10-475 |
| | § | |
| JOSE MATILDE QUINTANILLA, *et al.* | § | |

**O R D E R**

Defendant Quintanilla filed an unopposed motion for continuance, (Docket Entry No. 46). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | April 29, 2011 |
| Responses are to be filed by: | May 13, 2011 |
| Suppression Hearing set for: | May 23, 2011, at 1:30 p.m. |
| Pretrial conference is reset to**:** | **June 6, 2011 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 13, 2011 at 9:00 a.m.** |

SIGNED on April 14, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge